UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

JOSE LUIS MENDOZA,                                  :

                       Plaintiff,                          :

         -against-                                      :

GIORGIO'S OF GRAMERCY LLC and NICOLAOS   :
GRAMMATIKOPOULOS,                           :

                Defendants.                        :

------------------------------------------------------------------------ X

**No. 25 Civ. 2804 (KPF)**

**JUDGMENT**

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Jose Luis Mendoza ("Plaintiff") on December 12, 2025; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendants Giorgio's of Gramercy LLC and Nicolaos Grammatikopoulos, jointly and severally, in the amount of $14,500.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action. If Defendants fail to satisfy judgment within 15 days of the entry of Judgment, Plaintiff shall be entitled to judgment in the amount of $18,125.00, plus post-judgment interest, against Defendants Giorgio's of Gramercy LLC and Nicolaos Grammatikopoulos.

Dated: New York, New York
      December 15     , 2025

                                    **SO ORDERED:**

                                      _____
                                      HON. Katherine Polk Failla
                                      United States District Judge

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.